# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

BILLY EDWARD TOYCEN,

*Plaintiff*

v.

CITY OF YAKIMA MUNICIPAL COURT, YAKIMA COUNTY, WASHINGTON STATE, AND UNITED STATES OF AMERICA

*Defendant*

Civil Action No. 1:16-CV-3194-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: This action is DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. §§ 1915A(b)(1)(2) and 1915(e)(2).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Salvador Mendoza, Jr.

Date: June 19, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb